IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTT A. SAMFORD, JR., | § | |
| TDCJ #835644, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-0279 |
| | § | |
| ASSISTANT WARDEN C.S. | § | |
| STAPLES, *et al.*, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order* of even date, this

case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this order to the parties.

SIGNED at Houston, Texas, on **July 21, 2006.**


_____
Nancy F. Atlas
United States District Judge